No. 250.   Bingaman, Administrator, *v.* Rehn et al., doing business as John P. Mainelli Construction Co. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *C. Dell Floyd* for appellant.   *Edward K. McDermott* for Rehn, appellee.

No. 277.   Remmer *v.* Municipal Court of the City & County of San Francisco, California, et al.; and

No. 278.   Menlo Social Club, Inc. *v.* Brown, District Attorney, et al.   *Per Curiam:* The appeals are dismissed for want of a substantial federal question.   *Simeon E. Sheffey* for appellants. *Fred N. Howser,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for appellees.

*Miscellaneous Orders.*

No. 12, Original.   United States *v.* Louisiana.   The demurrer is overruled and the motion to dismiss on jurisdictional grounds, and conditional motions are denied. The motion for judgment is denied and the defendant is allowed thirty days from this date within which to file an answer to the complaint.   Mr. Justice Jackson and Mr. Justice Clark took no part in the consideration or decision of these questions.   *Attorney General McGrath* and *Solicitor General Perlman* for the United States. *Bolivar E. Kemp, Jr.,* Attorney General, *John L. Madden,* Assistant Attorney General, *L. H. Perez* and *F. Trowbridge vom Baur* for the State of Louisiana.